PENALTY SLIP

NAME: JENNIFER JOYCE DOUGLAS

NUMBER OF COUNTS:   1

**Count 1**: **18 U.S.C. § 922(g)(1)**

Vio:  Felon in Possession of a Firearm

Penalty:  Maximum 10 years imprisonment; $250,000 fine, or both; 3 years supervised release; and a $100.00 special assessment.

Case No:  1:16-mj-04233-MKD

USA Initials: **TJH**