```
 1  MICHAEL C. ORMSBY
    United States Attorney
 2  Eastern District of Washington
    Meghan M. McCalla
 3  Assistant United States Attorney
    402 E. Yakima Avenue, Suite 210
 4  Yakima, Washington  98901
    (509)  454-4425
 5
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:16-mj-04233-MKD |
|---|---|
| Plaintiff, | |
| vs. | Notice of Substitution of Counsel for the United States |
| JENNIFER JOYCE DOUGLAS, | |
| Defendant. | |

Meghan M. McCalla, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States of America replacing Laurel J. Holland.

DATED December 1, 2016.

                          MICHAEL C. ORMSBY
                          United States Attorney

                          s/ Meghan M. McCalla
                          MEGHAN M. McCALLA
                          Assistant United States Attorney

1 | 
2 | I hereby certify that on December 1, 2016, I electronically filed the foregoing
3 | with the Clerk of the Court using the CM/ECF System which will send notification of
4 | such filing to the following:   No assigned counsel

s/ Meghan M. McCalla
MEGHAN M. McCALLA
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425
(509) 249-3297 (fax)

NOTICE OF SUBSTITUTION OF
COUNSEL FOR THE UNITED STATES                2