UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER JOYCE DOUGLAS,<br><br>Defendant's Printed Name. | No. 1:16-MJ-4233-MKD<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - CRIMINAL COMPLAINT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Criminal Complaint;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge. I am entitled to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

7. My right to have a preliminary hearing;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

| | |
|---|---|
| 1 | 8. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention. |
| 2 | |
| 3 | |

_____    Date: 10-1-2014
Interpreter Signature


_____    _____
Interpreter Printed Name       Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2